**Chandrama MISHRA, Plaintiff-Appellant,**

v.

**SAMUEL S. STARTTON VA MEDICAL CENTER; U.S. Department of Veterans Affairs, Defendants–Appellees.**

No. 13–35719.

United States Court of Appeals, Ninth Circuit.

Submitted July 21, 2015.*

Filed July 30, 2015.

Chandrama Mishra, Seattle, WA, pro se.

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Helen J. Brunner, Esquire, Rebecca Shapiro Cohen, Esquire, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Defendant–Appellee.

Before: CANBY, BEA, and MURGUIA, Circuit Judges.

MEMORANDUM **

Chandrama Mishra appeals pro se from the district court's judgment dismissing for lack of subject matter jurisdiction his action alleging a claim related to his appointment and pay for a position with the Department of Veterans Affairs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Mangano v. United States,* 529 F.3d 1243, 1245 n. 2 (9th Cir. 2008). We affirm.

The district court properly dismissed Mishra's action because it is precluded by the Civil Service Reform Act ("CSRA"). *See id.* at 1247–48 (CSRA limits federal employees challenging "prohibited personnel practices," defined as any "personnel action" taken for an improper motive, to an administrative remedial system (citing 5 U.S.C. § 2302)); *Saul v. United States,* 928 F.2d 829, 834 (9th Cir.1991) (broadly construing the definition of "personnel action").

The district court properly denied Mishra's motion for default judgment because defendants filed a timely response to his

** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

complaint. *See* Fed.R.Civ.P. 12(a)(2), (3), and (4); *Eitel v. McCool,* 782 F.2d 1470, 1471–72 (9th Cir.1986) (setting forth standard of review).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).